# United States Bankruptcy Court
## District of Nevada

---

MEMORANDUM OF CASE TRANSFER

TO:  Clerk, U.S. Bankruptcy Court for the Eastern District of Texas

FROM:  Glennda Wenszell, Deputy Clerk, U.S. Bankruptcy Court, District of Nevada

DATE:  1/26/2012

SUBJECT:  Transfer of Case Number 11−53706−btb , DHILLON GROUP, LLC, Debtor

We are hereby transmitting the original Bankruptcy file in the above−mentioned matter.

Please acknowledge receipt of same below and return to our office via e−mail. Thank you for your cooperation.

---

Receipt is hereby acknowledged of the above−noted transfer case and assigned new case number: _____.

Date: _____          By:_____
                                            Deputy Clerk