# United States Bankruptcy Court
## District of Nevada

MEMORANDUM OF CASE TRANSFER

TO:         Clerk, U.S. Bankruptcy Court for the Eastern District of Texas

FROM:       Glennda Wenszell, Deputy Clerk, U.S. Bankruptcy Court, District of Nevada

DATE:       1/26/2012

SUBJECT:    Transfer of Case Number 11-53706-btb , DHILLON GROUP, LLC, Debtor


We are hereby transmitting the original Bankruptcy file in the above-mentioned matter.

Please acknowledge receipt of same below and return to our office via e-mail. Thank you for your cooperation.


Receipt is hereby acknowledged of the above-noted transfer case and assigned new case number: 12-40163 .

Date: 1/26/2012                                By: _____
                                                    Deputy Clerk